Dismissed and Memorandum Opinion filed November 2, 2006








Dismissed
and Memorandum Opinion filed November 2, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00650-CV

____________

 

OFFSITE MANAGEMENT SYSTEMS, LLC,
Appellant

 

V.

 

FMC TECHNOLOGIES, INC., Appellee

 



 

On Appeal from the
55th District Court

Harris County,
Texas

Trial Court Cause
No. 2003-00451

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed May 1, 2006. 
The clerk=s record was
filed on August 31, 2006.   No reporter=s
record was filed.  No brief was filed.

On September 7, 2006, this Court issued an order stating
that unless appellant submitted its brief on or before October 9, 2006, the
Court would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment
rendered and Memorandum Opinion filed November 2, 2006.

Panel
consists of Justices Anderson, Hudson, and Guzman.